UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br><br>    Plaintiff,<br>v.<br><br>FRANCISCO LOPEZ, et al.,<br><br>    Defendants. | Case No. 3:12-CV-00182 (SRU)<br><br><br><br><br><br><br>June 1, 2012 |

## MOTION TO DISMISS AND TO STRIKE OF
## DEFENDANT CHRISTOPHER LUTH

Pursuant to FED. R. CIV. P. 9(b), 12(b)(6) and 12(f), defendant Christopher Luth ("Mr. Luth") hereby moves the Court to (i) dismiss Counts One through Ten of the Complaint and (ii) strike paragraph 70 of the Complaint. The grounds in support of this motion are set forth in the accompanying Memorandum of Law and the Exhibits to the Declaration of Richard S. Gora.

WHEREFORE, Mr. Luth respectfully requests that the Court enter an order (i) dismissing Counts One through Nine of the Complaint and (ii) striking paragraph 70 of the Complaint, along with such other and further relief as the Court may deem just and proper.

                                                        DEFENDANT
                                                        CHRISTOPHER LUTH

                                                        By:   /s/ Alfred U. Pavlis
                                                               Alfred U. Pavlis (ct08603)
                                                               Richard S. Gora (ct27479)
                                                               FINN DIXON & HERLING LLP
                                                               177 Broad Street, 15th Floor
                                                               Stamford, CT 06901-2689
                                                               Tel: (203) 325-5000
                                                               Fax: (203) 325-5001
                                                               apavlis@fdh.com
                                                               rgora@fdh.com

**ORAL ARGUMENT REQUESTED**

{01450024; 2; 4370-2 }

2

                                          *Of Counsel*
                                          Michael Q. English
                                          FINN DIXON & HERLING LLP
                                          177 Broad Street, 15th Floor
                                          Stamford, CT 06901-2689
                                          Tel: (203) 325-5000
                                          Fax: (203) 325-5001
                                          menglish@fdh.com

## CERTIFICATION

I hereby certify that on June 1, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com

{01450024; 2; 4370-2 }   3