UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR LP, MK AUTOMOTIVE, LLC, MK TECHNOLOGY, LLC, MICHAEL KENWOOD CONSULTING, LLC, MK INTERNATIONAL ADVISORY SERVICES, LLC, MKG-ATLANTIC INVESTMENT, LLC, MICHAEL KENWOOD NUCLEAR ENERGY, LLC, MYTCART, LLC, TUOL, LLC, MK CAPITAL MERGER SUB, LLC, MK SPECIAL OPPORTUNITY FUND, MK VENEZUELA, LTD AND SHORT TERM LIQUIDITY FUND I, LTD., | Case No. 12-CV-00182-SRU |
| Plaintiff, | |
| v. | |
| FRANK LOPEZ, CAROLINA LOPEZ PELÁEZ, CARLOS MANUEL BARRANTES ARAYA, CHRISTOPHER LUTH and VICTOR CHONG, | |
| Defendants. | April 15, 2015 |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff John J. Carney, as court-appointed Receiver for Highview Point Partners LLC, Michael Kenwood Group, LLC, et al. ("Receiver"), by and through his counsel, Baker & Hostetler LLP, and Defendants Frank Lopez, by and through his counsel Robinson & Cole LLP,

and Carolina Lopez Peláez and Carlos Manuel Barrantes Araya, by and through their counsel, Cowdery & Murphy, LLC (the "Defendants") (collectively, the "Parties"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the following:

1. On February 3, 2012, the Receiver filed and served the Complaint against the Defendants and Christopher Luth, which was subsequently amended on June 22, 2012.[1]

2. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal with prejudice of all of the Receiver's claims against the Defendants in the above-captioned matter as they have resolved the disputes between them without need for further litigation.

3. The provisions of this Stipulation shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

By:

*PLAINTIFF JOHN J. CARNEY, AS RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, ET. AL*

Jonathan B. New (PHV04633)
Robertson D. Beckerlegge (phv05276)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
jnew@bakerlaw.com
rbeckerlegge@bakerlaw.com
Tel: (212) 589-4200
Fax: (212) 589-4201

---

[1] Defendant Victor Chong was dismissed with prejudice by this Court on March 11, 2014 (DE 111). After entry of this Stipulation, the sole remaining Defendant in this matter will be Christopher Luth.

*DEFENDANT FRANK LOPEZ*

By: _____
Craig A. Raabe (ct04116)
J. Tyler Butts (ct28641)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
craabe@rc.com
jbutts@rc.com
Tel: (860) 275-8200
Fax: (860) 275-8299

*DEFENDANTS CAROLINA LOPEZ-PELÁEZ
and CARLOS MANUEL BARRANTES ARAYA*

By: _____
Thomas J. Murphy (ct07959)
John P. D'Ambrosio (ct29101)
**COWDERY & MURPHY, LLC**
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
tmurphy@cowderymurphy.com
jdambrosio@cowderymurphy.com
Tel: (860) 278-5555
Fax: (860) 249-0012

IT IS SO ORDERED.

Date: _____, 2015

_____
STEFAN R. UNDERHILL
UNITED STATE DISTRICT JUDGE

3