UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; ET. AL,<br><br>Plaintiff,<br><br>v.<br><br>FRANK LOPEZ, CAROLINA LOPEZ PELÁEZ, CARLOS MANUEL BARRANTES ARAYA, CHRISTOPHER LUTH and VICTOR CHONG,<br><br>Defendants. | Case No. 12-CV-00182-SRU<br><br><br><br><br><br><br><br>April 16, 2015 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2015, a copy of the *Stipulation and Order for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* filed by John J. Carney, in his capacity as Receiver, was filed electronically and served by mail on any previously served parties unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electric filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: April 16, 2015

/s/ *Robertson D. Beckerlegge*
Robertson D. Beckerlegge (PHV05276)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
rbeckerlegge@bakerlaw.com
Tel: (212) 589-4200
Fax: (212) 589-4201
*Attorneys for Receiver John J. Carney*