UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR LP, MK AUTOMOTIVE, LLC, MK TECHNOLOGY, LLC, MICHAEL KENWOOD CONSULTING, LLC, MK INTERNATIONAL ADVISORY SERVICES, LLC, MKG-ATLANTIC INVESTMENT, LLC, MICHAEL KENWOOD NUCLEAR ENERGY, LLC, MYTCART, LLC, TUOL, LLC, MK CAPITAL MERGER SUB, LLC, MK SPECIAL OPPORTUNITY FUND, MK VENEZUELA, LTD AND SHORT TERM LIQUIDITY FUND I, LTD., <br><br>Plaintiff, <br><br> v. <br><br> FRANK LOPEZ, CAROLINA LOPEZ PELÁEZ, CARLOS MANUEL BARRANTES ARAYA, CHRISTOPHER LUTH and VICTOR CHONG, <br><br> Defendants. | Case No. 12-CV-00182-SRU <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> May 21, 2015 |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff John J. Carney, as court-appointed Receiver for Highview Point Partners LLC, Michael Kenwood Group, LLC, et al. ("Receiver"), by and through his counsel, Baker & Hostetler LLP and Defendant Christopher Luth, by and through his counsel, Finn Dixon &

Herling LLP (the "Defendant") (collectively, the "Parties"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the following:

1. On February 3, 2012, the Receiver filed and served the Complaint against the Defendant and others, which was subsequently amended on June 22, 2012.[1]

2. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal with prejudice of all of the Receiver's claims against the Defendant in the above-captioned matter as they have resolved the disputes between them without need for further litigation.

3. The provisions of this Stipulation shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

By:

*PLAINTIFF JOHN J. CARNEY, AS RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, ET. AL*

Jonathan B. New (PHV04633)
Robertson D. Beckerlegge (phv05276)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
jnew@bakerlaw.com
rbeckerlegge@bakerlaw.com
Tel: (212) 589-4200
Fax: (212) 589-4201

---

[1] Defendant Victor Chong was dismissed with prejudice by this Court on March 11, 2014 (DE 111). Defendants Frank Lopez, Carolina Lopez Peláez and Carlos Barrantes-Araya were dismissed with prejudice by this Court on April 17, 2015 (DE 145).

2

By: *[signature]*

*DEFENDANT CHRISTOPHER LUTH*

Alfred U. Pavlis, Esq. (ct08603)
Michael Q. English (ct29019)
**FINN DIXON & HERLING LLP**
177 Broad Street
Stamford, CT 06901
apavlis@fdh.com
Tel: (203) 325-5000
Fax: (203) 325-5001

IT IS SO ORDERED.

Date: _____, 2015

_____
STEFAN R. UNDERHILL
UNITED STATE DISTRICT JUDGE

3